New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SCHWARTZ v. FOX et al. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by Samuel Schwartz against J. Willett Fox and others. No opinion. Motion denied, on condition that appellants perfect their appeal, place the case on the June calendar, and be ready for argument when reached; otherwise, motion granted, with costs.

SCHWARTZ, Respondent, v. HOOKER ELECTRIC CHEMICAL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 11, 1914.) Action by Julius Schwartz against the Hooker Electric Chemical Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decision, see 159 App. Div. 937, 145 N. Y. Supp. 1144.

SCHWARTZMAN, Respondent, v. JETTER, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Samuel Schwartzman against J. Edward Jetter, impleaded, etc. J. T. Mahoney, of New York City, for appellant. O. C. Sommerich, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 146 N. Y. Supp. 1112.

SCIACCA v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. April 17, 1914.) Appeal from Trial Term, New York County. Action by Gaetano Sciacca against City of New York. From a judgment for plaintiff, defendant appeals. Reversed, and complaint dismissed. C. J. Nehrbas, of New York City, for appellant. Samuel Wechsler, of New York City, for respondent.

PER CURIAM. The evidence does not sustain the finding that the defendant was negligent. The judgment and order appealed from are therefore reversed, with costs, and the complaint dismissed, with costs.

SCULLY, Respondent, v. VILLAGE OF ANGOLA, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) Action by Gerald Scully, an infant, etc., against the Village of Angola. No opinion. Judgment and order affirmed, with costs. Motions for rehearing and for leave to appeal to Court of Appeals denied, 147 N. Y. Supp. 1140.

SCULLY, Respondent, v. VILLAGE OF ANGOLA, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 6, 1914.) Action by Gerald Scully, an infant, etc., against the Village of Angola. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. For former decision, see 147 N. Y. Supp. 1140.

SEELEY et al. v. OSBORNE. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Lewis S. Seeley and others against Dean C. Osborne. No opinion. Motion granted. Order filed. See, also, 147 N. Y. Supp. 116.

SENIOR, Appellant, v. STAR CO., Respondent. (No. 5866.) (Supreme Court, Appellate Division, First Department. May 29, 1914.) Appeal from Special Term, New York County. Action by Theresa Senior, an infant, etc., against the Star Company. From an order denying motion for judgments on the pleadings, plaintiff appeals. Order reversed, and motion granted, with leave to defendant to withdraw its demurrer and answer upon payment of costs. Sumner B. Stiles, of New York City, for appellant. Clarence J. Shearn, of New York City, for respondent.

PER CURIAM. The same question is presented on this appeal as was presented in the case of the same plaintiff against Sun Printing & Publishing Co. (Sup.) 147 N. Y. Supp. 252, decided May 1, 1914; and upon the opinion in that case the order appealed from is reversed, with $10 costs and disbursements, and the motion granted, with $10 costs, with leave to the defendant to withdraw the demurrer and to answer upon payment of costs in this court and in the court below.

SENIOR v. SUN PRINTING & PUBLISHING ASS'N. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Theresa Senior, an infant, etc., against the Sun Printing & Publishing Association. No opinion. Motion denied, with $10 costs. Order filed. See, also, 147 N. Y. Supp. 252.

SETERA, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 18, 1914.) Action by Kate Setera, as administratrix, etc., against the Pennsylvania Railroad Company. No opinion. Judgment and order affirmed, with costs. See, also, 147 N. Y. Supp. 1140.

SETERA, Respondent, v. PENNSYLVANIA R. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 6, 1914.) Action by Kate Setera, as administratrix, etc., against the Pennsylvania Railroad Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 147 N. Y. Supp. 1140.

SHAFFER, Respondent, v. FITZGERALD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 4, 1914.) Action by Frank J. Shaffer, as administrator, etc., against Mary Fitzgerald and another. No opinion. Judgment affirmed, with costs.

SHEEHAN, Appellant, v. ASSOCIATED OPERATING CO., Respondent. (Supreme Court, Appellate Division, First Department. May 29, 1914.) Action by Timothy Sheehan against the Associated Operating Company. A. J. Levine, of New York City, for appellant. E. C. Sherwood, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed.